THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v VICTOR SOTO, Respondent.

Submitted October 6, 2014; decided December 16, 2014

Motion to vacate the Court of Appeals' September 8, 2014 dismissal order granted.